**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE  DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:11-00181** |
| | ) | **JUDGE SHARP** |
| **ASHLEY NANCE** | ) | |
| **LINDA RAY** | ) | |

### O R D E R


Pending before the Court are two Unopposed Motions to Dismiss for Defendant Ashley

Nance (Docket No. 26) and Defendant Linda Ray (Docket No. 27).

The motions are GRANTED and the pending indictments for each defendant are hereby

dismissed.

It is so ORDERED.

_Kevin H. Sharp_

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE